Before MAYER, Chief Judge, LINN and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Loie D. FRAINE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 01–7049.

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ON MOTION

*ORDER*

Upon consideration of the joint motion to dismiss the appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**In re John A. GALBREATH.**

No. 01–1197.

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ON MOTION

*ORDER*

Upon consideration of John A. Galbreath's unopposed motion to remand his case to the United States Patent and Trademark Office,

IT IS ORDERED THAT:

The motion is granted.

**Ragnar E. DANNESKJOLD, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 00–7174.

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ORDER

Appellant having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the